<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **CoWorkrs 3rd Street LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Bond Gowanus** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **32-0449276** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **68 3rd Street**<br>**Brooklyn, NY 11231** | **55 Broadway**<br>**3rd Floor**<br>**New York, NY 10006** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)    _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

11/27/23  4:44PM

Debtor    **CoWorkrs 3rd Street LLC**                                          Case number (*if known*) _____
          Name

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____5311_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

11/27/23  4:44PM

| Debtor | **CoWorkrs 3rd Street LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | Relationship | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■      Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐      A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency

         Contact name

         Phone

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

11/27/23  4:44PM

Debtor    **CoWorkrs 3rd Street LLC**
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Case number (*if known*) _____

11/27/23  4:44PM

| Debtor | CoWorkrs 3rd Street LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 27, 2023**
                MM / DD / YYYY

**X** **/s/ David Goldwasser**
Signature of authorized representative of debtor

**David Goldwasser**
Printed name

Title    **Chief Restructuring Officer**

---

**18. Signature of attorney**

**X** **/s/ Avrum J. Rosen**
Signature of attorney for debtor

Date **November 27, 2023**
     MM / DD / YYYY

**Avrum J. Rosen**
Printed name

**Law Offices of Avrum J. Rosen, PLLC**
Firm name

**38 New St**
**Huntington, NY 11743-3327**
Number, Street, City, State & ZIP Code

Contact phone    **631-423-8527**    Email address    **arosen@ajrlawny.com**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **CoWorks 3rd Street LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2023**     X **/s/ David Goldwasser**
                                                   Signature of individual signing on behalf of debtor

                                                   **David Goldwasser**
                                                   Printed name

                                                   **Chief Restructuring Officer**
                                                   Position or relationship to debtor

11/27/23  4:44PM

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **CoWorkrs 3rd Street LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlas Print Solutions Inc 83 Bennington Ave Freeport, NY 11520** | | | | | | $241.85 |
| **City Printing & Signs 163 W 35 St New York, NY 10001** | | | | | | $334.00 |
| **Consolidated Edison of NY Att. Law Department 4 Irving Place RM 1875 New York, NY 10003** | | Utility | | | | $7,819.57 |
| **Crown Castle Internationa 8020 Katy Freeway Houston, TX 77024** | | | | | | $6,072.00 |
| **Empire Pest Control 438 Court Street Brooklyn, NY 11231** | | | | | | $157.87 |
| **Ephraim D. Zagelbaum 6 Ellington Way Spring Valley, NY 10977** | | | Unknown | | $0.00 | Unknown |
| **Fresh Direct Inc. 23-30 Bordon Avenue Long Island City, NY 11101** | | | | | | $4,689.10 |
| **Genius Media Group Inc 2400 Broadway St Ste 130 Redwood City, CA 94063** | | | | | | $365,925.10 |

| Debtor | **CoWorkrs 3rd Street LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Illinois Union Insurance 436 Walnut Street 10th Floor Philadelphia, PA 19107** | | | | **Unknown** | **$0.00** | **Unknown** |
| **Lease Direct Inc. 1111 Old Eagle School Rd Wayne, PA 19087** | | | | | | **$533.22** |
| **Lund Fire Products Co.Inc PO Box 610522 Bayside, NY 11361** | | | | | | **$175.30** |
| **National Grid 1 Metro Tech Center Brooklyn, NY 11201** | | **Utility** | | | | **$162.28** |
| **Network Solutions LLC 515 Broadhallow Rd Melville, NY 11747** | | | | | | **$127.13** |
| **Office Freedom Ltd. 980 N. Federal Hwy Suite 110 Boca Raton, FL 33432** | | | | | | **$2,467.50** |
| **Samson Management LLC 118-35 Queens Boulevard Suite 1710 Forest Hills, NY 11375** | | **Rent** | **Contingent Disputed** | | | **$2,435,884.53** |
| **Small Business Admin. 26 Federal Plaza Suite 3100 New York, NY 10278** | | **Loan** | | **$160,695.12** | **$0.00** | **$160,695.12** |
| **WUN Systems LLC PO BOX 209414 Austin, TX 78720** | | | | | | **$1,931.44** |

11/27/23  4:44PM

**Fill in this information to identify the case:**

Debtor name    **CoWorkrs 3rd Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*................................................................................ $      4,860,560.21

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*................................................................................. $      4,860,560.21

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      160,695.12

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      2,826,520.89

4.   **Total liabilities** ...............................................................................................
   Lines 2 + 3a + 3b       $      2,987,216.01

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **CoWorkrs 3rd Street LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Checking** | **0781** | **$100,000.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                        **$100,000.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.  Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit of A2**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$500.00** |
| 7.2. | **Security Deposit of Air, Inc**<br>**68 3rd Street, Office 020**<br>**Brooklyn, NY 11231** | **$2,500.00** |

| Debtor | CoWorkrs 3rd Street LLC | Case number *(If known)* | |
|--------|---------|----------|----|
| | Name | | |

| | | |
|------|---------------------------------------------|-----------|
| 7.3. | **Security Deposit of Alby**<br>**68 3rd Street, Office 042**<br>**Brooklyn, NY 11231** | **$5,250.00** |
| 7.4. | **Security Deposit of Alejandro Michell**<br>**68 3rd Street, Office 231**<br>**Brooklyn, NY 11231** | **$1,134.00** |
| 7.5. | **Security Deposit of Aex Olmsted**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$500.00** |
| 7.6. | **Security Deposit of Alex Volpert**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$500.00** |
| 7.7. | **Security Deposit of Ali Finney**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$387.10** |
| 7.8. | **Security Deposit of Alisa Post**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.9. | **Security Deposit of Andrew Zornoza**<br>**68 3rd Street, Office 101**<br>**Brooklyn, NY 11231** | **$1,050.00** |
| 7.10. | **Security Deposit of Andy Schocken**<br>**68 3rd Street, Office 223**<br>**Brooklyn, NY 11231** | **$2,079.00** |
| 7.11. | **Security Deposit of Angie Day**<br>**68 3rd Street, Office 032**<br>**Brooklyn, NY 11231** | **$1,200.00** |
| 7.12. | **Security Deposit of August**<br>**68 3rd Street, Unit 045**<br>**Brooklyn, NY 11231** | **$7,000.00** |
| 7.13. | **Security Deposit of Ben Brown**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$500.00** |
| 7.14. | **Security Deposit of Benoit Martin**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$1,200.00** |
| 7.15. | **Security Deposit of Bess Kalb**<br>**68 3rd Street, Office 227**<br>**Brooklyn, NY 11231** | **$1,512.00** |

11/27/23 4:44PM

Debtor    **CoWorkrs 3rd Street LLC**                                    Case number *(If known)* _____
Name

|  |  |  |
|---|---|---|
| 7.16. | **Security Deposit of Better Ledger Office**<br>**68 3rd Street, Office 028**<br>**Brooklyn, NY 11231** | **$1,575.00** |
| 7.17. | **Security Deposit of BRB North America, Inc.**<br>**68 3rd Street, Office 245**<br>**Brooklyn, NY 11231** | **$4,409.96** |
| 7.18. | **Security Deposit of Breukelen Athletic**<br>**68 3rd Street, Office 035**<br>**Brooklyn, NY 11231** | **$10,000.00** |
| 7.19. | **Security Deposit of Brooklyn Church**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$475.00** |
| 7.20. | **Security Deposit of Brooklyn Mindspring**<br>**68 3rd Street, Office 005C**<br>**Brooklyn, NY 11231** | **$1,200.00** |
| 7.21. | **Security Deposit of Brooklyn PC Clinic**<br>**68 3rd Street, Office 019**<br>**Brooklyn, NY 11231** | **$1,212.00** |
| 7.22. | **Security Deposit of Brooklyn Resume Studio**<br>**68 3rd Street, Ofice 108**<br>**Brooklyn, NY 11231** | **$945.00** |
| 7.23. | **Security Deposit of Buena Ola**<br>**68 3rd Street, Office 041**<br>**Brooklyn, NY 11231** | **$1,833.33** |
| 7.24. | **Security Deposit of Celia Aniskovich**<br>**68 3rd Street, Office 113**<br>**Brooklyn, NY 11231** | **$1,170.00** |
| 7.25. | **Security Deposit of Cheryl Richards**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$360.00** |
| 7.26. | **Security Deposit of Chrysalis Capital & Advisory LLC**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$458.33** |
| 7.27. | **Security Deposit of Community Labor Administrative Service Inc.**<br>**68 3rd Street, Office 222**<br>**Brooklyn, NY 11231** | **$3,990.00** |
| 7.28. | **Security Deposit of Conflixis**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$183.87** |

Debtor    **CoWorkrs 3rd Street LLC**_____    Case number *(If known)* _____
          Name

| | | |
|---|---|---|
| 7.29. | **Security Deposit of Corridor Partners, LLC**<br>**68 3rd Street, Office 205**<br>**Brooklyn, NY 11231** | **$2,310.00** |
| 7.30. | **Security Deposit of Debrain**<br>**68 3rd Street, Office 123**<br>**Brooklyn, NY 11231** | **$3,100.00** |
| 7.31. | **Security Deposit of Develv LLC**<br>**68 3rd Street, Office 201**<br>**Brooklyn, NY 11231** | **$3,000.00** |
| 7.32. | **Security Deposit of Digital Health Review**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$387.10** |
| 7.33. | **Security Deposit of Drowning a Mermaid**<br>**68 3rd Street, Office 211**<br>**Brooklyn, NY 11231** | **$2,834.91** |
| 7.34. | **Security Deposit of Eduardo Asunsolo Ramirez**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.35. | **Security Deposit of Elad Bar Ilan**<br>**68 3rd Street, Office 103**<br>**Brooklyn, NY 11231** | **$1,050.00** |
| 7.36. | **Security Deposit of English Outdoors LLC**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$760.00** |
| 7.37. | **Security Deposit of ERBC Capital**<br>**68 3rd Street, Office 210**<br>**Brooklyn, NY 11231** | **$2,400.00** |
| 7.38. | **Security Deposit of Fair Meadow Capital**<br>**68 3rd Street, Office 013**<br>**Brooklyn, NY 11231** | **$2,000.00** |
| 7.39. | **Security Deposit of Famille Perrin**<br>**68 3rd Street, Office 202**<br>**Brooklyn, NY 11231** | **$1,680.00** |
| 7.40. | **Security Deposit of Food is Fuel**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$450.00** |

Debtor  **CoWorkrs 3rd Street LLC**
        Name                                          Case number *(If known)*

**Security Deposit of Forward Risk**
7.41  **68 3rd Street**
.     **Brooklyn, NY 11231**                                         $500.00

**Security Deposit of FOUR80 Music**
7.42  **68 3rd Street, Office 036**
.     **Brooklyn, NY 11231**                                       $1,300.00

**Security Deposit of Fourth Floor Walkup**
7.43  **68 3rd Street, Office 034**
.     **Brooklyn, NY 11231**                                       $1,105.00

**Security Deposit of Fully Vested**
7.44  **68 3rd Street, Office 009**
.     **Brooklyn, NY 11231**                                         $500.00

**Security Deposit of GBTA Foundation**
7.45  **68 3rd Street**
.     **Brooklyn, NY 11231**                                         $500.00

**Security Deposit of Geer**
7.46  **68 3rd Street, Office 243**
.     **Brooklyn, NY 11231**                                       $1,625.81

**Security Deposit of Gotham West Studios**
7.47  **68 3rd Street, Office 014**
.     **Brooklyn, NY 11231**                                       $3,023.75

**Security Deposit of Gridstor**
7.48  **68 3rd Street, Office 215**
.     **Brooklyn, NY 11231**                                       $1,680.00

**Security Deposit of Grist**
7.49  **68 3rd Street, Office 233**
.     **Brooklyn, NY 11231**                                       $4,536.00

**Security Deposit of Hagens Berman**
7.50  **68 3rd Street, Office 249**
.     **Brooklyn, NY 11231**                                       $1,680.00

**Security Deposit of Hopscotch**
7.51  **68 3rd Street**
.     **Brooklyn, NY 11231**                                         $500.00

**Security Deposit of Hotel Trader LLC**
7.52  **68 3rd Street, Office 232**
.     **Brooklyn, NY 11231**                                       $1,260.00

**Security Deposit of HTDHealth**
7.53  **68 3rd Street, Office 106**
.     **Brooklyn, NY 11231**                                       $1,049.97

Debtor    **CoWorkrs 3rd Street LLC**                                    Case number *(If known)* _____
                    Name

|  | | |
|---|---|---|
| 7.54. | **Security Deposit of IOM**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.55. | **Security Deposit of Israel Fisher**<br>**68 3rd Street, Office 126**<br>**Brooklyn, NY 11231** | **$750.00** |
| 7.56. | **Security Deposit of J Cubed PR**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$450.00** |
| 7.57. | **Security Deposit of Jacob Ward**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$393.75** |
| 7.58. | **Security Deposit of Jake Williams**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.59. | **Security Deposit of James Kleimann**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.60. | **Security Deposit of Jared Klett**<br>**68 3rd Street, Office 216**<br>**Brooklyn, NY 11231** | **$1,417.50** |
| 7.61. | **Security Deposit of Jason Sanders Law PLLC**<br>**68 3rd Street, Office 242**<br>**Brooklyn, NY 11231** | **$713.00** |
| 7.62. | **Security Deposit of JBW Consulting**<br>**68 3rd Street, Office 204**<br>**Brooklyn, NY 11231** | **$1,680.00** |
| 7.63. | **Security Deposit of Jeff Kuykendall**<br>**68 3rd Street, Office 213**<br>**Brooklyn, NY 11231** | **$1,920.00** |
| 7.64. | **Security Deposit of Jessica Schoengold**<br>**68 3rd Street, Office 001**<br>**Brooklyn, NY 11231** | **$1,170.00** |
| 7.65. | **Security Deposit of JKL**<br>**68 3rd Street, Office 220**<br>**Brooklyn, NY 11231** | **$1,470.00** |
| 7.66. | **Security Deposit of Jordans Pet Care**<br>**68 3rd Street, Office 024**<br>**Brooklyn, NY 11231** | **$1,600.00** |

Debtor      **CoWorkrs 3rd Street LLC** _____          Case number _(If known)_ _____
                Name

|  | | |
|---|---|---|
| 7.67. | **Security Deposit of Kathryn Landis**<br>**68 3rd Street, Office 234**<br>**Brooklyn, NY 11231** | **$1,050.00** |
| 7.68. | **Security Deposit of Kickstarter**<br>**68 3rd Street, Office 002**<br>**Brooklyn, NY 11231** | **$2,660.00** |
| 7.69. | **Security Deposit of Kinzey Growth Partners**<br>**68 3rd Street, Office 212**<br>**Brooklyn, NY 11231** | **$1,680.00** |
| 7.70. | **Security Deposit of Krutoy Law PC**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.71. | **Security Deposit of Laine London**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$380.00** |
| 7.72. | **Security Deposit of LEA**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$380.00** |
| 7.73. | **Security Deposit of Lineate**<br>**68 3rd Street, Office 214**<br>**Brooklyn, NY 11231** | **$1,417.50** |
| 7.74. | **Security Deposit of LTA**<br>**68 3rd Street, Office 203**<br>**Brooklyn, NY 11231** | **$1,512.00** |
| 7.75. | **Security Deposit of M2 Experimental**<br>**68 3rd Street, Office 206**<br>**Brooklyn, NY 11231** | **$5,072.00** |
| 7.76. | **Security Deposit of Meaghan Jerrett**<br>**68 3rd Street, Office 226**<br>**Brooklyn, NY 11231** | **$1,350.00** |
| 7.77. | **Security Deposit of Meridian Prime**<br>**68 3rd Street, Office 030**<br>**Brooklyn, NY 11231** | **$1,250.00** |
| 7.78. | **Security Deposit of Mighty Picnic**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$950.00** |

11/27/23 4:44PM

| Debtor | **CoWorkrs 3rd Street LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| 7.79. | **Security Deposit of Monadnock Development**<br>**68 3rd Street, Office 121**<br>**Brooklyn, NY 11231** | $40,950.00 |
| 7.80. | **Security Deposit of Naoyoshi Goto**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $500.00 |
| 7.81. | **Security Deposit of Nate Soderstrom**<br>**68 3rd Street, Office 209**<br>**Brooklyn, NY 11231** | $1,259.96 |
| 7.82. | **Security Deposit of Neutheraputics**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $500.00 |
| 7.83. | **Security Deposit of New Fest**<br>**68 3rd Street, United 025**<br>**Brooklyn, NY 11231** | $2,000.00 |
| 7.84. | **Security Deposit of Newspicks**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $500.00 |
| 7.85. | **Security Deposit of Nicolas Rossier**<br>**68 3rd Street, Office 117**<br>**Brooklyn, NY 11231** | $1,795.50 |
| 7.86. | **Security Deposit of NielsonIQ**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $400.00 |
| 7.87. | **Security Deposit of Night After Night**<br>**68 3rd Street, Office 027**<br>**Brooklyn, NY 11231** | $1,500.00 |
| 7.88. | **Security Deposit of Oh that Group Inc.**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $322.58 |
| 7.89. | **Security Deposit of Olmsted Industries Inc.**<br>**68 3rd Street, Office 237**<br>**Brooklyn, NY 11231** | $2,740.50 |
| 7.90. | **Security Deposit of O-Positive Productions**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | $400.00 |
| 7.91. | **Security Deposit of Paccurate, LLC**<br>**68 3rd Street, Office 235**<br>**Brooklyn, NY 11231** | $1,024.65 |

Debtor    **CoWorkrs 3rd Street LLC**                              Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.92. | **Security Deposit of Peter Gulliver**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.93. | **Security Deposit of Plinth Analytics**<br>**68 3rd Street, Office 102**<br>**Brooklyn, NY 11231** | **$945.00** |
| 7.94. | **Security Deposit of Pomegranate Property Management**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$500.00** |
| 7.95. | **Security Deposit of Porquinho Stories**<br>**68 3rd Street, Office 111**<br>**Brooklyn, NY 11231** | **$1,346.63** |
| 7.96. | **Security Deposit of Privcap**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.97. | **Security Deposit of Pro Publica**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.98. | **Security Deposit of Promise**<br>**68 3rd Street, Office 104**<br>**Brooklyn, NY 11231** | **$1,049.97** |
| 7.99. | **Security Deposit of Protocol Labs**<br>**68 3rd Street, Office 238**<br>**Brooklyn, NY 11231** | **$945.00** |
| 7.100. | **Security Deposit of Quadratic Consulting Group**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$180.65** |
| 7.101. | **Security Deposit of RDG Planning and Design**<br>**68 3rd Street, Office 236**<br>**Brooklyn, NY 11231** | **$997.50** |
| 7.102. | **Security Deposit of Realty De Tilly NY LLC**<br>**68 3rd Street, Office 225**<br>**Brooklyn, NY 11231** | **$2,400.00** |
| 7.103. | **Security Deposit of Recharge**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$450.00** |
| 7.104. | **Security Deposit of Red Board**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |

Debtor    **CoWorkrs 3rd Street LLC**                  Case number *(If known)* _____
Name

| | | |
|---|---|---|
| 7.10 5. | **Security Deposit of Remo Carbone**<br>**68 3rd Street, Office 240**<br>**Brooklyn, NY 11231** | **$1,350.00** |
| 7.10 6. | **Security Deposit of Replicate**<br>**68 3rd Street, Office 006**<br>**Brooklyn, NY 11231** | **$1,700.00** |
| 7.10 7. | **Security Deposit of Robert Proffitt Architect**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$337.50** |
| 7.10 8. | **Security Deposit of Roku**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$400.00** |
| 7.10 9. | **Security Deposit of Sarah Snow**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$475.00** |
| 7.11 0. | **Security Deposit of Scriptmonger**<br>**68 3rd Street, Office 012**<br>**Brooklyn, NY 11231** | **$1,784.93** |
| 7.11 1. | **Security Deposit of Silverback Management**<br>**68 3rd Street, Office 004**<br>**Brooklyn, NY 11231** | **$1,300.00** |
| 7.11 2. | **Security Deposit of SMS Regulatory Services LLC**<br>**68 3rd Street, Office 241**<br>**Brooklyn, NY 11231** | **$1,984.50** |
| 7.11 3. | **Security Deposit of Snowball**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$96.77** |
| 7.11 4. | **Security Deposit of Society House**<br>**68 3rd Street, Office 016**<br>**Brooklyn, NY 11231** | **$1,445.00** |
| 7.11 5. | **Security Deposit of South James**<br>**68 3rd Street**<br>**Brooklyn, NY 11231** | **$360.00** |
| 7.11 6. | **Security Deposit of Story Collective LLC**<br>**68 3rd Street, Office 217**<br>**Brooklyn, NY 11231** | **$2,094.75** |

Debtor      **CoWorkrs 3rd Street LLC**                                    Case number *(If known)* _____
            Name

| | | |
|---|---|---:|
| 7.11 7. | **Security Deposit of Studio PHH Architecture** **68 3rd Street, Office 207** **Brooklyn, NY 11231** | **$2,079.00** |
| 7.11 8. | **Security Deposit of Tax Pro Wealth Builders** **68 3rd Street, Office 011** **Brooklyn, NY 11231** | **$1,900.00** |
| 7.11 9. | **Security Deposit of Terror Bird** **68 3rd Street, Office 015** **Brooklyn, NY 11231** | **$1,100.00** |
| 7.12 0. | **Security Deposit of Terrorbird Media** **68 3rd Street, Office 017** **Brooklyn, NY 11231** | **$1,100.00** |
| 7.12 1. | **Security Deposit of The James Collective** **68 3rd Street, Office 100B** **Brooklyn, NY 11231** | **$3,555.00** |
| 7.12 2. | **Security Deposit of The Vendry** **68 3rd Street, Office 044** **Brooklyn, NY 11231** | **$8,032.50** |
| 7.12 3. | **Security Deposit of Till Financial** **68 3rd Street, Office 219** **Brooklyn, NY 11231** | **$3,046.00** |
| 7.12 4. | **Security Deposit of True Bearing** **68 3rd Street** **Brooklyn, NY 11231** | **$500.00** |
| 7.12 5. | **Security Deposit of Truenorth** **68 3rd Street** **Brooklyn, NY 11231** | **$400.00** |
| 7.12 6. | **Security Deposit of Tuba Time Creative** **68 3rd Street** **Brooklyn, NY 11231** | **$500.00** |
| 7.12 7. | **Security Deposit of Tyler Vincent Real Estate** **68 3rd Street, Office 124** **Brooklyn, NY 11231** | **$945.00** |
| 7.12 8. | **Security Deposit of Union Square Therapy** **68 3rd Street, Office 005B** **Brooklyn, NY 11231** | **$947.63** |
| 7.12 9. | **Security Deposit of VGC LLP** **68 3rd Street, Office 228** **Brooklyn, NY 11231** | **$997.50** |

11/27/23  4:44PM

Debtor    **CoWorkrs 3rd Street LLC** _____    Case number *(If known)* _____

Name

| | | |
|---|---|---|
| 7.13 0. | **Security Deposit of Vierman** **68 3rd Street** **Brooklyn, NY 11231** | **$400.00** |
| 7.13 1. | **Security Deposit of Ward 6 Marketing** **68 3rd Street** **Brooklyn, NY 11231** | **$400.00** |
| 7.13 2. | **Security Deposit of William Marra** **68 3rd Street, Office 218** **Brooklyn, NY 11231** | **$997.50** |
| 7.13 3. | **Security Deposit of Yokogawa** **68 3rd Street, Office 026** **Brooklyn, NY 11231** | **$1,000.00** |
| 7.13 4. | **Security Deposit of Zahra Tangorra** **68 3rd Street** **Brooklyn, NY 11231** | **$85.81** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                    **$229,645.21**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.   Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

   ■ No.   Go to Part 5.
   ☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.   Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.   Go to Part 7.
   ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

Debtor    **CoWorkrs 3rd Street LLC**                                  Case number *(If known)* _____
_____
Name

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Various Office Furniture** | **$0.00** | | **$260,485.00** |
| 40. **Office fixtures** **Various Office Fixtures** | **$0.00** | | **$124,774.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Various Office Equipment** | **$0.00** | | **$4,145,656.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                  **$4,530,915.00**
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **CoWorkrs 3rd Street LLC**_____    Case number *(If known)* _____
            Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Causes of Action against Oren Richland and Dearborn Capital Group LLC** | **Unknown** |

Nature of claim        **Breach of Contract**_____
Amount requested        _____**$0.00**

| 76. | **Trusts, equitable or future interests in property** | |
|---|---|---|
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **CoWorkrs 3rd Street LLC**                                    Case number *(If known)* _____
        Name

| Part 12: | **Summary** |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $100,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $229,645.21 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $4,530,915.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,860,560.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,860,560.21 |

11/27/23 4:44PM

**Fill in this information to identify the case:**

Debtor name **CoWorkrs 3rd Street LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Ephraim D. Zagelbaum**
Creditor's Name

**6 Ellington Way**
**Spring Valley, NY 10977**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown          $0.00

**2.2  Illinois Union Insurance**
Creditor's Name

**436 Walnut Street**
**10th Floor**
**Philadelphia, PA 19107**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Unknown          $0.00

Debtor    **CoWorkrs 3rd Street LLC**
_____
Name

Case number (if known) _____

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.3 | **Small Business Admin.** | Describe debtor's property that is subject to a lien | $160,695.12 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**26 Federal Plaza
Suite 3100
New York, NY 10278**

Describe debtor's property that is subject to a lien
**Loan**
_____

Creditor's mailing address

_____
Describe the lien
_____

_____

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
_____

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $160,695.12 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|
| | | |

11/27/23 4:44PM

**Fill in this information to identify the case:**

Debtor name          **CoWorks 3rd Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**Atlas Print Solutions Inc**<br>**83 Bennington Ave**<br>**Freeport, NY 11520**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$241.85** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**City Printing & Signs**<br>**163 W 35 St**<br>**New York, NY 10001**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$334.00** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Consolidated Edison of NY**<br>**Att. Law Department**<br>**4 Irving Place RM 1875**<br>**New York, NY 10003**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Utility**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$7,819.57** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Crown Castle Internationa**<br>**8020 Katy Freeway**<br>**Houston, TX 77024**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$6,072.00** |

| Debtor | **CoWorkrs 3rd Street LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $157.87 |
|---|---|---|---|
| | **Empire Pest Control** | ☐ Contingent | |
| | **438 Court Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11231** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,689.10 |
|---|---|---|---|
| | **Fresh Direct Inc.** | ☐ Contingent | |
| | **23-30 Bordon Avenue** | ☐ Unliquidated | |
| | **Long Island City, NY 11101** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $365,925.10 |
|---|---|---|---|
| | **Genius Media Group Inc** | ☐ Contingent | |
| | **2400 Broadway St Ste 130** | ☐ Unliquidated | |
| | **Redwood City, CA 94063** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $533.22 |
|---|---|---|---|
| | **Lease Direct Inc.** | ☐ Contingent | |
| | **1111 Old Eagle School Rd** | ☐ Unliquidated | |
| | **Wayne, PA 19087** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $175.30 |
|---|---|---|---|
| | **Lund Fire Products Co.Inc** | ☐ Contingent | |
| | **PO Box 610522** | ☐ Unliquidated | |
| | **Bayside, NY 11361** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $162.28 |
|---|---|---|---|
| | **National Grid** | ☐ Contingent | |
| | **1 Metro Tech Center** | ☐ Unliquidated | |
| | **Brooklyn, NY 11201** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Utility_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $127.13 |
|---|---|---|---|
| | **Network Solutions LLC** | ☐ Contingent | |
| | **515 Broadhallow Rd** | ☐ Unliquidated | |
| | **Melville, NY 11747** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **CoWorkrs 3rd Street LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,467.50** |
|---|---|---|---|

**Office Freedom Ltd.**
**980 N. Federal Hwy**
**Suite 110**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,435,884.53** |
|---|---|---|---|

**Samson Management LLC**
**118-35 Queens Boulevard**
**Suite 1710**
**Forest Hills, NY 11375**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Rent__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**United States Attorneys**
**271 Cadman Plaza E.**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Notice__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,931.44** |
|---|---|---|---|

**WUN Systems LLC**
**PO BOX 209414**
**Austin, TX 78720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **2,826,520.89** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **2,826,520.89** |

11/27/23  4:44PM

**Fill in this information to identify the case:**

Debtor name    **CoWorkrs 3rd Street LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | **See Exhibit 1 Filed on the Docket** |
| State the term remaining | |
| List the contract number of any government contract  _____ | **Various Licensees** |

11/27/23  4:44PM

**Fill in this information to identify the case:**

Debtor name        **CoWorkrs 3rd Street LLC**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF NEW YORK

Case number (if known)        _____

☐ Check if this is an
   amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                        12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ / City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.2 _____ | Street _____ / City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.3 _____ | Street _____ / City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |
| 2.4 _____ | Street _____ / City   State   Zip Code | _____ | ☐ D ☐ E/F ☐ G |

11/27/23  4:44PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re    **CoWorkrs 3rd Street LLC**

Debtor(s)

Case No.

Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐    **FLAT FEE**

For legal services, I have agreed to accept .............................................................  $  _____

Prior to the filing of this statement I have received ...........................................  $  _____

Balance Due ....................................................................................................  $  _____

■    **RETAINER**

For legal services, I have agreed to accept and received a retainer of ................  $  **25,000.00**

The undersigned shall bill against the retainer at an hourly rate of .....................  $  **670.00**
      [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
      fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☐ Debtor    ■ Other (specify):    **BND Expansion, LLC**

3.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

4.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
e.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
      reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
      522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
      any other adversary proceeding.**

In re    **CoWorkrs 3rd Street LLC**
_____          Case No. _____
                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 27, 2023**
_____          **/s/ Avrum J. Rosen**
_____
_Date_                                                      **Avrum J. Rosen**
                                                             _Signature of Attorney_
                                                             **Law Offices of Avrum J. Rosen, PLLC**
                                                             **38 New St**
                                                             **Huntington, NY 11743-3327**
                                                             **631-423-8527  Fax: 631-423-4536**
                                                             **arosen@ajrlawny.com**
                                                             _____
                                                             _Name of law firm_

11/27/23  4:44PM

# United States Bankruptcy Court
## Eastern District of New York

In re    **CoWorkrs 3rd Street LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **CoWorkrs, LLC**<br>**115 East 3rd Street**<br>**New York, NY 10009** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **November 27, 2023** _____

Signature   **/s/ David Goldwasser**

                       **David Goldwasser**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **CoWorkrs 3rd Street LLC** _____     Case No. _____
                                        Debtor(s)              Chapter   **11**

# <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **November 27, 2023** _____     **/s/ David Goldwasser** _____
                                                  **David Goldwasser**/**Chief Restructuring Officer**
                                                  Signer/Title

Date:   **November 27, 2023** _____     **/s/ Avrum J. Rosen** _____
                                                  Signature of Attorney
                                                  **Avrum J. Rosen**
                                                  **Law Offices of Avrum J. Rosen, PLLC**
                                                  **38 New St**
                                                  **Huntington, NY 11743-3327**
                                                  **631-423-8527   Fax: 631-423-4536**

USBC-44                                                                    Rev. 9/17/98

Atlas Print Solutions Inc
83 Bennington Ave
Freeport, NY 11520


City Printing & Signs
163 W 35 St
New York, NY 10001


Consolidated Edison of NY
Att. Law Department
4 Irving Place RM 1875
New York, NY 10003


Crown Castle Internationa
8020 Katy Freeway
Houston, TX 77024


Empire Pest Control
438 Court Street
Brooklyn, NY 11231


Ephraim D. Zagelbaum
6 Ellington Way
Spring Valley, NY 10977


Fresh Direct Inc.
23-30 Bordon Avenue
Long Island City, NY 11101


Genius Media Group Inc
2400 Broadway St Ste 130
Redwood City, CA 94063


Illinois Union Insurance
436 Walnut Street
10th Floor
Philadelphia, PA 19107


Lease Direct Inc.
1111 Old Eagle School Rd
Wayne, PA 19087


Lund Fire Products Co.Inc
PO Box 610522
Bayside, NY 11361

National Grid
1 Metro Tech Center
Brooklyn, NY 11201


Network Solutions LLC
515 Broadhallow Rd
Melville, NY 11747


Office Freedom Ltd.
980 N. Federal Hwy
Suite 110
Boca Raton, FL 33432


Samson Management LLC
118-35 Queens Boulevard
Suite 1710
Forest Hills, NY 11375


Small Business Admin.
26 Federal Plaza
Suite 3100
New York, NY 10278


United States Attorneys
271 Cadman Plaza E.
Brooklyn, NY 11201


Various Licensees


WUN Systems LLC
PO BOX 209414
Austin, TX 78720

# United States Bankruptcy Court
## Eastern District of New York

In re   **CoWorkrs 3rd Street LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **CoWorkrs 3rd Street LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CoWorkrs, LLC**
**115 East 3rd Street**
**New York, NY 10009**

☐ None [*Check if applicable*]

**November 27, 2023**

Date

**/s/ Avrum J. Rosen**

**Avrum J. Rosen**

Signature of Attorney or Litigant

Counsel for   **CoWorkrs 3rd Street LLC**

**Law Offices of Avrum J. Rosen, PLLC**

**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**
**arosen@ajrlawny.com**

11/27/23  4:44PM

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**  CoWorkrs 3rd Street LLC _____     **CASE NO.:** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

CURRENT STATUS OF RELATED CASE: _____
                                        (Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED (*Refer to NOTE above*): _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____

(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors.  Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):  __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Avrum J. Rosen**
_____
**Avrum J. Rosen**
Signature of Debtor's Attorney
**Law Offices of Avrum J. Rosen, PLLC**
**38 New St**
**Huntington, NY 11743-3327**
**631-423-8527 Fax:631-423-4536**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING.  Dismissal of your petition may otherwise result.